UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          Case No.:    19-24117
PATEL, RAJESHWARI A                             Chapter:     7
                                                Judge:       KCF

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on October 1, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real Estate at: 23 HARMONY LANE, HACKETTSTOWN, NJ
> The debtor(s) purchased the property in 2005 for $485,000. The property is valued at $400,000 based upon a Comparative Market Analysis.

> Liens on property:
>
> SPECIALIZED LOAN SERVICING - $328,096.26
> OCWEN LOAN SERVICING - $47,686.14

> Amount of equity claimed as exempt:
>
> NONE

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                Case No. 19-24117-KCF
  Rajeshwari A Patel                                                  Chapter 7
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 1                  Date Rcvd: Aug 27, 2019
                               Form ID: pdf905              Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2019.
db             +Rajeshwari A Patel,    23 Harmony Lane,    Hackettstown, NJ 07840-3474
cr             +Toyota Motor Credit Corporation,    14841 Dallas Parkway,    Suite 425,    Dallas, TX 75254-8067
518363148       Nationwide Credit,    3835 N Freeway BLVD, STGE 115,    Sacramento, CA 95834-1977
518363150      +Pleuse Becker and Saltzman,    20000 Horizon Way,    Suite 900,    Mt. Laurel, NJ 08054-4318
518363151      +Specialized Loan Servicing,    8742 Lucent Blvd,    Suite 300,    Littleton, CO 80129-2386
518363152       Specialized Loan Servicing LLC,    PO Box 636007,    Littleton, CO 80163-6007
518363153     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit,    4 Gatehill Drive Ste 350,
                  Parsippany, NJ 07054)
518363147    +++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Elan Financial Service,    PO Box 790408,
                  Saint Louis, MO 63179-0408)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 27 2019 23:30:57      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2019 23:30:53      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518363149      +Fax: 407-737-5634 Aug 27 2019 23:53:14     Ocwen Loan Servicing,
                  1661 Worthington RD STE 4064100,    West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518363146       deceased husband
518363154*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corp,    5005 N. River Blvd,
                  Cedar Rapids, IA 52411)
                                                                                  TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Debtor Rajeshwari A Patel joan@joanlaverylaw.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee Et
               Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.axosfs.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```