UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
U.S. bank National Association, As Trustee, Successor in interest to Bank of America, National Association, As Trustee, Successor by Merger to Lasalle bank national Association, As Trustee For Morgan Stanley Mortgage Loan Trust 2006-1AR

In Re:
    Patel, Rajeshwari A

Order Filed on September 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    19-24117 KCF

Hearing Date:    September 17, 2019 at 10:00 A.M.

Judge:    Kathryn C. Ferguson

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 18, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of <u>Specialized Loan Servicing LLC as servicer for U.S. Bank National Association, As Trustee, Successor in interest to Bank of America, National Association, As Trustee, Successor  by Merger to Lasalle bank national Association, As Trustee For Morgan Stanley Mortgage Loan Trust 2006-1AR</u>, under
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot  3.12, Block 1102 ,          23 Harmony Lane, Mansfield Township NJ 07840**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-24117-KCF
Rajeshwari A Patel                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: Sep 19, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2019.
db            +Rajeshwari A Patel,    23 Harmony Lane,    Hackettstown, NJ 07840-3474

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2019 at the address(es) listed below:
     Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
      dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
     Joan Sirkis Warren    on behalf of Debtor Rajeshwari A Patel joan@joanlaverylaw.com
     Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...    kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
     Thomas   Orr    tom@torrlaw.com,    Torr@ecf.axosfs.com
     Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,    Torr@ecf.axosfs.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6