**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rajeshwari A Patel<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6443<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–24117–KCF

# Order of Discharge                                                                                               12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rajeshwari A Patel

10/25/19                                                                   **By the court:**   Kathryn C. Ferguson
                                                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 19-24117-KCF
Rajeshwari A Patel                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 25, 2019
                              Form ID: 318             Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db             +Rajeshwari A Patel,    23 Harmony Lane,    Hackettstown, NJ 07840-3474
cr             +Toyota Motor Credit Corporation,    14841 Dallas Parkway,    Suite 425,    Dallas, TX 75254-8067
518363148       Nationwide Credit,    3835 N Freeway BLVD, STGE 115,    Sacramento, CA 95834-1977
518363150      +Pleuse Becker and Saltzman,    20000 Horizon Way,    Suite 900,    Mt. Laurel, NJ 08054-4318
518363151      +Specialized Loan Servicing,    8742 Lucent Blvd,    Suite 300,    Littleton, CO 80129-2386
518363152       Specialized Loan Servicing LLC,    PO Box 636007,    Littleton, CO 80163-6007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QTJORR.COM Oct 26 2019 04:38:00      Thomas Orr,    Law Office of Thomas J. Orr,
                321 High Street,    Burlington, NJ 08016-4411
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2019 01:19:13      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2019 01:19:10      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518363149      +Fax: 407-737-5634 Oct 26 2019 02:02:29      Ocwen Loan Servicing,
                1661 Worthington RD STE 4064100,    West Palm Beach, FL 33409-6493
518363153       EDI: TFSR.COM Oct 26 2019 04:38:00      Toyota Motor Credit,    4 Gatehill Drive Ste 350,
                Parsippany, NJ 07054
518363154       EDI: TFSR.COM Oct 26 2019 04:38:00      Toyota Motor Credit Corp,    5005 N. River Blvd,
                Cedar Rapids, IA 52411
518363147       EDI: USBANKARS.COM Oct 26 2019 04:38:00      Elan Financial Service,    PO Box 790408,
                Saint Louis, MO 63179-0408
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518363146       deceased husband
aty*           +Thomas Orr,    Law Office of Thomas J. Orr,    321 High Street,    Burlington, NJ 08016-4411
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Debtor Rajeshwari A Patel joan@joanlaverylaw.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee Et
               Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas  Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.axosfs.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```